Lars K. Evensen
Nevada Bar No. 8061
Nicole E. Lovelock, Esq.
Nevada Bar No. 11187
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4631
Fax: (702) 669-4650

*Attorneys for Brian Glasser, as Trustee of Yellowstone Club Liquidating Trust.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY L. BLIXSETH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BRIAN GLASSER, TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>　　　　　Defendant. | CASE NO.: 2:13-cv-01434-APG-GWF<br><br>**CHARGING ORDER<br>TO<br>DESERT RANCH MANAGEMENT, LLC** |

**THIS COURT**, having considered the Yellowstone Club Liquidating Trust's ("YCLT") Exparte Application to Charge Membership Interest NRS 86.401 and [proposed] Order, and for good cause appearing:

///

///

///

1

**IT IS HEREBY ORDERED** that any membership interest held by Timothy Blixseth ("Blixseth"), in Desert Ranch Management LLC ("DRM") is hereby charged with the payment of the unsatisfied amount of YCLT's Second Amended Judgment, in the principal amount of $40,992,210.81, with interest, and thus all economic distributions to be directed to Blixseth shall now be directed to YCLT, until YCLT's judgment, including interest, is paid in full.

DATED the 15th day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

_/s/ Lars Evensen_
Lars Evensen, Esq.
Nicole E. Lovelock, Esq.
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorney for Brian Glasser, as Trustee of Yellowstone Club Liquidating Trust*

6350076_1.DOCX