MARK J. CONNOT (10010)
JOHN H. GUTKE (10062)
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: mconnot@foxrothschild.com
Email: jgutke@foxrothschild.com
*Attorneys for Timothy L. Blixseth*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY L. BLIXSETH,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN GLASSER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>Defendant. | Case No. 2:13-cv-01434-APG-GWF<br><br>**ORDER RE: EMERGENCY MOTION TO QUASH** |

Plaintiff and Cross-Defendant Timothy L. Blixseth ("Blixseth") filed an Emergency Motion to Quash (the "Motion") on August 23, 2013 (Docket No. 17). Defendant and Cross-Plaintiff Brian Glasser, as Trustee of the Yellowstone Club Liquidating Trust ("YCLT") filed its Response to the Motion on September 4, 2013 (Docket No. 22). The Motion was heard on September 5, 2013.

At the September 5, 2013 hearing, Blixseth raised the issue of whether YCLT had complied with 28 U.S.C. § 1963, which governs registration of judgment in a district other than where the judgment was entered. The Court directed the Parties to provide supplemental briefing on that issue and continued the hearing on Motion. *See* Docket Nos. 25 and 26. YCLT filed its supplemental brief on September 10, 2013 (Docket No. 27), as did Blixseth (Docket No. 28), and the matter came back on for hearing on September 12, 2013.

1

Upon review of all of the points and authorities set forth in the documents referenced above, and following oral argument at both the September 5, 2013 hearing and the September 12, 2013 hearing, the Court issued its findings of fact and conclusions of law on the record of the Court under Fed. R. Civ. P. 52(a), which is incorporated herein by reference. The Court further orders that the pending sale of Blixseth's choses in action be stayed until further order from this Court, and that any judgment enforcement actions by YCLT in the District of Nevada based on the attempted registration of the judgment herein be stayed.

The Court further orders that, pursuant to Fed.R.Civ.Pro. 62(g), all pending motions, discovery, or other actions taken by Blixseth against YCLT in Bankruptcy Court Case No. BK-S-11-15010-wtt, *in re Timothy L. Blixseth*, pending before the United States Bankruptcy Court, District of Nevada, be stayed until further order of this Court.

The Court further orders that the Parties may file expedited summary judgment motions in this matter, with any motion for summary judgment to be filed by September 23, 2013, with responses due by September 30, 2013, and replies due by October 7, 2013.

**IT IS SO ORDERED.**

_____
United States District Judge

Dated: September 23, 2013.

| Respectfully submitted by: | Reviewed and approved by: |
|---|---|
| /s/ Mark Connot | /s/ Lars Evensen |
| MARK J. CONNOT | LARS EVENSEN |
| JOHN H. GUTKE | NICOLE E. LOVELOCK |
| FOX ROTHSCHILD, LLP | HOLLAND & HART LLP |
| 3800 Howard Hughes Parkway, Ste. 500 | 9555 Hillwood Drive, 2nd Floor |
| Las Vegas, NV 89169 | Las Vegas, NV 89134 |
| Telephone: 702-262-6899 | Phone: (702) 669-4631 |
| Fax: 702-597-5503 | Fax: (702) 669-4650 |
| Email: mconnot@foxrothschild.com | Email: LKEvensen@HollandHart.com |
| *Attorneys for the Alleged Debtor Timothy L. Blixseth* | *Attorneys for Brian Glasser, as Trustee of the Yellowstone Club Liquidating Trust* |