RACHEL R. SILVESTEIN, ESQ., Bar # 11057
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169
Telephone:   702.862.8800
Fax No.:      702.862.8811

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY BLIXSETH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRIAN A. GLASSER, as TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>　　　　Defendant.<br><br>(Original Case) | Case No. 2:13-CV-01434-APG-GWF<br><br>~~EX PARTE MOTION AND PROPOSED~~ ORDER FOR REMOVAL OF RACHEL R. SILVERSTEIN FROM CM/ECF SERVICE LIST |
| BRIAN GLASSER, as Trustee of the YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TIMOTHY L. BLIXSETH,<br><br>　　　　Defendant.<br>(Consolidated Case) | |

Rachel R. Silverstein, Esq., of the law firm LITTLER MENDELSON, P.C., hereby moves this Court for an Order removing her from the electronic service list for this case.

Rachel R. Silverstein, Esq. is no longer with the firm of Fox Rothschild, LLP. As such,

///

///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
1900 Sixteenth Street
Suite 800
Denver, CO 80202
303.629.6200

counsel is no longer involved in the outcome of this case, and respectfully request that this Court grant an Order removing her from the electronic service list for this case.

Dated: September 26, 2014

Respectfully submitted,

*Rachel Silverstein*
RACHEL R. SILVERSTEIN, ESQ.
LITTLER MENDELSON, P.C.

**IT IS SO ORDERED.**

Dated this 29th day of September, 2014.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
1900 Sixteenth Street
Suite 800
Denver, CO 80202
303.629.6200

2.

## PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada, 89169. On September 26, 2014, I served the within document(s):

**EX PARTE MOTION AND PROPOSED ORDER FOR REMOVAL OF RACHEL R. SILVERSTEIN, ESQ. FROM CM/ECF SERVICE LIST**

[X]  By CM/ECF Filing – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Las Vegas, Nevada addressed as set forth below.

Goud P. Maragani
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683

Lars K. Evensen
Nicole E. Lovelock
Holland and Hart, LLP
9555 Hillwood Drive
2nd floor
Las Vegas, NV 89134

Mark J. Connot
John H. Gutke
Kevin M. Suitehall
Fox Rothschild, LLP
3800 Howard Hughes Parkway
Suite 500
Las Vegas, NV 89169

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 26, 2014, at Las Vegas, Nevada.

_/s/ Maribel Rodriguez_
Maribel Rodriguez

Firmwide:129221084.1 999999.6678

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
1900 Sixteenth Street
Suite 800
Denver, CO 80202
303.629.6200

3.