# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TIMOTHY L. BLIXSETH,<br><br>        Plaintiff,<br><br>v.<br><br>BRIAN GLASSER, AS TRUSTEE OF THE YELLOWSTONE LIQUIDATING TRUST,<br><br>        Defendant.<br><br>(Original Case) | Case No. 2:13-cv-01434-APG-GWF<br>(Consolidated with 2:13-cv-01737-APG-GWF)<br><br><br><br>**ORDER** |
| BRIAN GLASSER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>        Plaintiff,<br><br>v.<br><br>TIMOTHY L. BLIXSETH,<br><br>        Defendant.<br><br>(Consolidated case) | |

IT IS ORDERED that the parties shall file a status report in these consolidated cases on or before August 14, 2015.

DATED this 3rd day of August, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE