UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TIMOTHY L. BLIXSETH,<br><br>    Plaintiff,<br><br>v.<br><br>BRIAN GLASSER, AS TRUSTEE OF THE YELLOWSTONE LIQUIDATING TRUST,<br><br>    Defendant.<br><br>(Original Case) | Case No. 2:13-cv-01434-APG-GWF<br>(Consolidated with 2:13-cv-01737-APG-GWF)<br><br>**ORDER** |
| BRIAN GLASSER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY L. BLIXSETH,<br><br>    Defendant.<br><br>(Consolidated case) | |

In light of the joint status report of Yellowstone Club Liquidating Trust and the United States of America (Dkt. #67),

IT IS ORDERED that these consolidated cases are STAYED pending a ruling in the related bankruptcy appeal, *State of Montana Department of Revenue v. Blixseth*, 2:13-cv-01324-JAD.

IT IS FURTHER ORDERED that the parties shall file a status report in these consolidated cases within 30 days after the ruling in the related bankruptcy appeal or by November 2, 2015, whichever is earlier.

DATED this 19th day of August, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE