IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY L. BLIXSETH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRIAN A. GLASSER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>　　　　Defendant.<br>(Original Case)<br>_____<br>BRIAN GLASSER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>　　　　Plaintiff,<br>　v.<br><br>TIMOTHY L. BLIXSETH,<br><br>　　　　Defendant.<br>(Consolidated Case) | Civil No. 2:13-cv-01434-APG-GWF<br><br>**JOINT STATUS REPORT OF YELLOWSTONE CLUB LIQUIDATING TRUST AND UNITED STATES OF AMERICA** |

　　Brian Glasser (Trustee of the Yellowstone Club Liquidating Trust (YCLT)) and the United States, by and through their undersigned counsel, file this joint status report in response to a Court order issued on August 19, 2015.  The parties did not consult with Mr. Blixseth because his attorneys withdrew from the case and he is currently in jail in Montana for civil contempt.  *See* Docket Entry No. 159 in *Glasser v. Blixseth, et al.*, Civil No. 2:13-68 (USDC. D. Montana).  He is not expected to be released from jail until at least November 27, 2015.  His participation is not necessary at this point because, as discussed in more detail below, this case is stayed pending a decision in *State of*

*Montana Department of Revenue v. Blixseth*, case no. 13-cv-01324-JAD (the "BK Appeal"), which, as of the date of this status report, has not been issued.

As discussed below, there has been no change in the status of this case since the parties filed their last status report on August 18, 2015.

**I. Status Report**

On August 18, 2015, the parties filed a joint status report with the Court. In that report, YCLT explained that it is prepared to take further action(s) against Blixseth, but those action(s) are dependent on the forthcoming ruling by this Court in a related case; the matter of *State of Montana Department of Revenue v. Blixseth*, case no. 13-cv-01324-JAD (the "BK Appeal"). Docket Entry No. 67 at 2. The court has not yet issued a decision in the BK Appeal. *See* Docket for BK Appeal. The United States is involved in this lawsuit to ensure that it gets first priority to any funds that YCLT is able to recover from Mr. Blixseth in this lawsuit until Mr. Blixseth's outstanding income tax liabilities for 2007 are paid in full. Docket Entry No. 67 at 3. There is no further action for the United States to take in this lawsuit until YCLT is able to recover funds from Mr. Blixseth.

/ / /

/ / /

/ / /

In sum, there has been no change to the status of this case because the court has not ruled in the BK Appeal.

Dated this 2nd day of November, 2015.                    Dated this 2nd day of November, 2015.

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

/s/ Goud Maragani                                        /s/ Lars K. Evensen
GOUD P. MARAGANI                                         Lars K. Evensen, Esq.
Trial Attorney, Tax Division                             Nevada Bar No. 8061
U.S. Department of Justice                               Holland & Hart LLP
P.O. Box 683                                             9555 Hillwood Drive, 2nd Floor
Washington, D.C.  20044                                  Las Vegas, Nevada 89134
202-616-2904
202-307-0054 (Fax)
goud.p.maragani@usdoj.gov                                *Attorney for the Yellowstone Club Liquidating Trust*

*Of Counsel*:
STEVEN W. MYHRE
United States Attorney
*Of Counsel*

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **JOINT STATUS REPORT OF YELLOWSTONE CLUB LIQUIDATING TRUST AND UNITED STATES OF AMERICA** has been made this 2nd day of November, 2015, by electronic filing addressed to the following:

Lars K. Evensen
Nicole E. Lovelock
Holland and Hart, LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
LKEvensen@HollandHart.com
NELovelock@HollandHart.com

*Attorneys for Yellowstone Mountain Club, LLC and*
*Brian A. Glasser, as Trustee of the Yellowstone Club Liquidating Trust*