**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| TIMOTHY L. BLIXSETH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRIAN GLASSER, AS TRUSTEE OF THE YELLOWSTONE LIQUIDATING TRUST,<br><br>　　　　　Defendant.<br><br>(Original Case) | Case No. 2:13-cv-01434-APG-GWF<br>(Consolidated with 2:13-cv-01737-APG-GWF)<br><br>**ORDER** |
| BRIAN GLASSER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TIMOTHY L. BLIXSETH,<br><br>　　　　　Defendant.<br><br>(Consolidated case) | |

　　　IT IS ORDERED that the parties shall file a status report in these consolidated cases within 30 days after the ruling in the related bankruptcy appeal or by February 24, 2017, whichever is earlier.

　　　DATED this 9th day of January, 2017.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE