# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE YELLOWSTONE MOUNTAIN CLUB LLC<br><br>TIMOTHY L. BLIXSETH,<br><br>    Plaintiff<br><br>v.<br><br>MARC S. KIRSCHNER, et al.,<br><br>    Defendants | Case No.: 2:13-cv-01434-APG-EJY<br><br>**Order for Status Report** |

I ORDER the parties to file a status report by April 24, 2020.

DATED this 31st day of March, 2020.

 

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE