Nicole Lovelock, Esq.
Nevada State Bar No. 11187
**JONES LOVELOCK**
6675 S. Tenaya Way, Suite 200
Las Vegas, Nevada 89113
Telephone: (702) 805-8450
Fax: (702) 805-8451
Email: nlovelock@joneslovelock.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE YELLOWSTONE MOUNTAIN CLUB, LLC,<br><br>TIMOTHY L. BLIXSETH,<br><br>             Plaintiff,<br><br>v.<br><br>MARC S. KIRSCHNER, et. al.,<br><br>             Defendants. | CASE NO.: 2:13-cv-01434-APG-EJY<br><br>**MOTION TO REMOVE ATTORNEY FROM SERVICE LIST AND [~~*PROPOSED*~~] ORDER** |

Attorney Nicole E. Lovelock ("Lovelock"), was formally employed with the law firm of HOLLAND & HART LLP, the liaison counsel of record for *Yellowstone Mountain Club, LLC, Marc S. Kirschner, and Brian A. Glasser* (hereinafter collectively referred to as the "YMC"). Lovelock is employed with the law firm of JONES LOVELOCK, and therefore, no longer the attorney of record for YMC.

Pursuant to LR IA 11.6(e), Lovelock hereby moves this Court for an Order removing herself from the case as attorney of record and from all service lists, including the court's electronic notification list, in the above-captioned case.

DATED this 1st day of April 2020.

IT IS SO ORDERED.

*[signature]*

U.S. MAGISTRATE JUDGE

Dated: April 1, 2020

**JONES LOVELOCK**

By:  /s/ Nicole E. Lovelock, Esq.
Nicole Lovelock, Esq. (11187)
6675 S. Tenaya Way, Suite 200
Las Vegas, Nevada 89113