# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TIMOTHY L. BLIXSETH,<br><br>             Plaintiff,<br><br>    v.<br><br>BRIAN GLASSER, AS TRUSTEE OF THE YELLOWSTONE LIQUIDATING TRUST,<br><br>             Defendant.<br><br>(Original Case) | Case No. 2:13-cv-01434-APG-EJY<br>(Consolidated with 2:13-cv-01737-APG-GWF)<br><br>**ORDER SETTING STATUS CONFERENCE** |
| BRIAN GLASSER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>             Plaintiff,<br><br>    v.<br><br>TIMOTHY L. BLIXSETH,<br><br>             Defendant.<br><br>(Consolidated case) | |

      I will conduct a video status conference on Wednesday, May 6, 2020 at 10:00 a.m. The hearing will be conducted via the Zoom video conference platform. The courtroom administrator will provide counsel with the Zoom link. Counsel shall not forward the link to others. If additional participants need to appear, counsel shall contact the courtroom administrator, Melissa Johansen, at Melissa_Johansen@nvd.uscourts.gov.

      Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these

prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

DATED this 24th day of April, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE