# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE YELLOWSTONE MOUNTAIN CLUB LLC<br><br>TIMOTHY L. BLIXSETH,<br><br>    Plaintiff<br><br>v.<br><br>MARC S. KIRSCHNER, et al.,<br><br>    Defendants | Case No.: 2:13-cv-01434-APG-EJY<br><br>**Order Dismissing Case** |

I ORDER that this case is DISMISSED without prejudice to the United States' asserted lien rights. The clerk of the court is directed to close this file.

DATED this 4th day of June, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE